**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-07-737-1-PHX-MHM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Cherie Christine Smith, | ) | |
| Defendant. | ) | |

This is the time set for release hearing on Defendant's Motion to Amend Terms and Conditions of Release. (docket # 40)  Defendant is present and represented by counsel, Phillip A. Seplow. The Government is represented by AUSA, Rob Long. The Government takes no position on the pending Motion. Proceedings are electronically recorded.

Defendant is a 42-year old pretrial detainee who pled guilty on August 29, 2007, to one count of Theft of Mail, a Class D felony, in violation of 18 U.S.C. § 1708. Sentencing is set for Tuesday, November 13, 2007, at 2:00 p.m. before District Judge Mary H. Murguia. According to the July 12, 2007 PTS Report, Defendant admits "she has used [methamphetamine] on a frequent basis since age 16" and "last used methamphetamine on or about April 30, 2007" when she was on state felony probation. (docket # 16 at )  She committed the subject federal felony on April 10, 2007 and was arrested on the Indictment's warrant on July 12, 2007. She has been in continuous pretrial custody since her arrest on the subject Indictment.

On September 11, 2007 in a written order, the undersigned found that since Defendant's plea of guilty constituted "a material change in circumstances" within the meaning of 18 U.S.C. § 3142(f) subsequent to her federal arrest and detention, re-examination of Defendant's initial detention is appropriate. (docket # 47 at 2)

Defendant is a long-term resident (14 years) of Maricopa County and her mother and three adult children live in Mesa. (docket # 16) Defendant's husband has been incarcerated for approximately twelve years. Defendant is unemployed but at some time in her past, she has obtained a Certified Nurse Assistant. She has no asset or liabilities.

It is unclear from the PTS' report whether Defendant has one or multiple state felony convictions. Defendant's known criminal history, however, is significant in demonstrating her unreliability and inability to remain law-abiding when released from custody even under close court supervision. The PTS' Report indicates seven failures to appear in court as ordered or directed. After pleading guilty to felony Endangerment on April 7, 2007, Defendant was placed on probation and, while released from custody, was charged with the felony Possession of Drug Paraphernalia on June 6, 2006, and was rearrested. Again, Defendant was reinstated on probation on July 17, 2006 and, while released from custody, was charged with the crime of Issuing a Bad Check on June 2, 2007. Defendant was again rearrested, likely on a probation warrant. Defendant's probation was thereafter revoked on June 13, 2007 and she was sentenced to one-year in the Arizona Department of Corrections with substantial back time credit (284 days). Defendant was released from state prison custody on July 12, 2007. She committed her first federal crime for which she has been prosecuted on April 10, 2007 while she was under state probation supervision.

Judges are not like soothsayers and fortune-tellers. They have no crystal ball to predict when a defendant's words and tears are genuine and sincere when promising to refrain from illicit drugs and lead a self-sufficient, law-abiding life. Human behavior may only reasonably be predicted by past behavior. Undoubtedly, Defendant has told numerous judges, probation officers and likely her family members that she is tired of being

incarcerated and living the life of a meth addict. Defendant's promises ring hollow. Unfortunately for her but to prevent another victim prior to her sentencing, Defendant shall remain detained.

Having failed to sustain her burden of proof "by clear and convincing evidence that [she] is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c)[,]"[1]

**IT IS ORDERED** Defendant's Motion to Amend Terms and Conditions of Release, docket # 40, is **DENIED**.

DATED this 14th day of September, 2007.

_____
Lawrence O. Anderson
United States Magistrate Judge

---

[1] Title 18 U.S.C. § 3143(a).